**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**STACY M. CLARK,**                                                **PLAINTIFF,**

**VS.**                                        **CIVIL ACTION NO. 3:05CV157-P-S**

**KOPPERS, INC., ET AL.,**                                    **DEFENDANTS.**

## FINAL JUDGMENT

This matter comes before the court upon its own motion in relation to the court's April 19, 2011 Order allowing plaintiff counsel to withdraw and giving the plaintiff 45 days to either have a new lawyer file a notice of appearance or to otherwise inform the court of the plaintiff's intent to proceed *pro se*. The 45-day period deadline expired on June 3, 2011. The plaintiff has not complied with the court's prior order and has not otherwise contacted the court for additional time to do so. Accordingly, the court finds that this matter should be dismissed with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) All of the plaintiff's claims are **DISMISSED WITH PREJUDICE**; and

(2) This case is **CLOSED** with the parties to bear their own costs.

**SO ORDERED** this the 20th day of September, A.D., 2011.

                                           /s/ W. Allen Pepper, Jr.
                                           W. ALLEN PEPPER, JR.
                                           UNITED STATES DISTRICT JUDGE